# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RAUL MAGANA-HERRERA,

    Plaintiff,

v.                                                CASE NO: 8:13-cv-399-T-26TGW

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

Upon due and careful consideration of the procedural history of this case, it is ordered and adjudged that Plaintiff's Alternative Motion for Certificate of Appealability (Dkt. 13) is denied inasmuch as the Court declined to issue a certificate of appealability in its order denying Plaintiff's Motion to Vacate rendered May 21, 2013, at docket 8.

**DONE AND ORDERED** at Tampa, Florida, on July 17, 2013.

                                                            s/*Richard A. Lazzara*
                                                           **RICHARD A. LAZZARA**
                                                           **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, *pro se*